**DENY; and Opinion Filed September 12, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01126-CV

### IN RE JOHN REEDER, Relator

**Original Proceeding from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 66-738-86**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Brown
Opinion by Justice Brown

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to release funds currently on deposit in the registry of the trial court. The facts and issues are well-known to the parties so we do not recount them here. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Because relator has failed to establish his right to mandamus relief, we **DENY** the petition for writ of mandamus. TEX. R. APP. P. 52.8(a).

/Ada Brown/
ADA BROWN
JUSTICE

141126F.P05